The People of the State of New York ex rel. John T. Kelly, Appellant, *v.* Charles F. Milliken et al., Individually and as Members of the State Civil Service Commission, Respondents.

*People ex rel. Kelly* v. *Milliken*, 140 App. Div. 762, affirmed.
(Argued February 8, 1911; decided February 28, 1911.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 30, 1910, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to approve the transfer of the relator from the position of personal clerk to a Supreme Court justice to that of court attendant in the Supreme Court.

*James C. Cropsey* and *Rufus O. Catlin* for appellant.

*Thomas Carmody,* Attorney-General (*Franklin Kennedy* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Vann, Willard Bartlett, Hiscock, Chase and Collin, JJ.    Absent: Haight, J.